IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| ARANDA, et al. | : | 02-4914 |
| BISHOP, et al. | : | 02-4921 |
| BERNARD | : | 02-4949 |
| FREGOSO, et al. | : | 02-4980 |
| FARINELLA, et al. | : | 02-5005 |
| FARRONI, et al. | : | 02-5008 |
| GIMENO, et al. | : | 02-5039 |
| DESANCTIS | : | 02-5068 |
| FOSTER, et al. | : | 02-5085 |
| FELDMAN, et al. | : | 02-5095 |
| GUZMAN, et al. | : | 02-5121 |
| WILSON, et al. | : | 02-5146 |
| WHITEFIELD | : | 02-5198 |
| WILLIAMS | : | 02-5203 |
| TIPPITT | : | 02-5217 |
| ZELMAN, et al. | : | 02-5241 |
| LIMBIRD | : | 02-5272 |
| ZARYBNICKY, et al. | : | 02-5277 |
| CAYAS | : | 02-5305 |
| CASHMAN, et al. | : | 02-5351 |
| BROWDY, et al. | : | 02-5355 |
| TATOY | : | 02-5398 |
| SIEBERT | : | 02-5423 |
| JONES | : | 02-5503 |
| OPENSHAW | : | 02-5508 |
| HERRERA, et al. | : | 02-5578 |
| CONTRERAS, et al. | : | 02-5616 |
|  | : |  |
| V. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

**AND NOW,** this           day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

|     |     |     |     |
| --- | --- | --- | --- |
| [   ] | - | | Order staying these proceedings pending disposition of a related action. |
| [   ] | - | | Order staying these proceedings pending determination of arbitration proceedings. |
| [   ] | - | | Interlocutory appeal filed. |
| [ X ] | - | | Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>. |

It is

    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

**Michael M. Baylson, Judge**
